## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 1:24-cv-01713** |
| **v.** ) | |
| ) | |
| **THE INDIVIDUALS,** ) | |
| **CORPORATIONS, LIMITED** ) | |
| **LIABILITY COMPANIES,** ) | |
| **PARTNERSHIPS, AND** ) | |
| **UNINCORPORATED ASSOCIATIONS** ) | |
| **IDENTIFIED ON SCHEDULE A TO** ) | |
| **THE COMPLAINT,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF MOTION ENTRY OF A TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that on Wednesday, March 6, 2024 at 9:45 a.m., Plaintiff shall appear before the Honorable Elaine E. Bucklo in Courtroom 2243 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), and Motion for Leave to File Under Seal.

Date: March 1, 2024                                  Respectfully submitted,

_____
Zheng "Andy" Liu (CA # 279327)
*Attorneys for Plaintiff John Doe*

1