UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XIAOWEN ZHANG,<br><br>      Plaintiff,<br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>      Defendants. | Civil Action No. 1:24-cv-01713<br><br>**Judge: Honorable Sara L. Ellis** |

**PLAINTIFF'S MOTION TO EXTEND THE
TEMPORARY RESTRAINING ORDER**

    Plaintiff Xiaowen Zhang respectfully brings this first Motion to Extend the Temporary Restraining Order ("TRO") under Federal Rule of Civil Procedure 65.

    This Court's Temporary Restraining Order issued on July 25, 2023 (ECF No. 16, SEALED Order). Plaintiff promptly subpoenaed Defendants' service providers (for example, such online marketplaces as Aamazon.com, Walmart.com, Wayfair,com, and eBay.com) to ascertain Defendants' identities or contact information, but has not received a response as of the day of the presentation of this motion.

    Plaintiff thus respectfully moves this Court to extend the TRO, until such time as Plaintiff obtains Defendants' identifying information from the subpoenaed parties and provides Defendants actual notice of this Court's TRO. Plaintiff further requests extension of other

1

aspects of the TRO, including the period for providing Plaintiff expedited discovery (para. 4), the period for disable and cease displaying any advertisements (para. 6), the requirements placed on any banks, credit card companies, or payment processing companies (para. 7), the identification and restraint of all funds (para. 11), and the deposit of surety bond or cash (para. 13).

Date: March 23, 2024                                Respectfully submitted,

*[signature: Zheng Liu]*

Zheng "Andy" Liu (CA # 279327)
Jingyi Guo (CA # 335448)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us
Jingyi.Guo@AptumLaw.us
*Attorneys for Plaintiff Xiaowen Zhang*